**<u>EXHIBIT 1</u>:** PHOTOGRAPH #1



**<u>EXHIBIT 1</u>:** PHOTOGRAPH #2

