NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

**SANDERS LAW GROUP**
Craig Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
(516) 203-7600

ATTORNEY(S) FOR  Tod Seelie

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tod Seelie,<br><br>v.<br><br>Dieline Media LLC,<br><br>Plaintiff(s),<br>Defendant(s) | CASE NUMBER: 127613<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Tod Seelie
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION/INTEREST |
|---|---|
| Tod Seelie | Plaintiff |
| SANDERS LAW GROUP | Counsel for Plaintiff |
| Craig B. Sanders | Counsel for Plaintiff |
| Dieline Media LLC | Defendant |

March 23, 2023
Date

/s/ Craig B. Sanders
Signature

Attorney of record for (or name of party appearing in pro per):
Tod Seelie

CV-30 (05/13)                         NOTICE OF INTERESTED PARTIES